UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| DEON BRADLEY,<br>2519 210th Avenue,<br>St. Croix Falls, Wisconsin 54024<br><br>   Plaintiff,<br><br>vs.<br><br>BRUCE DRESEL and<br>SANDY DRESEL, husband<br>And wife, 24220 July Avenue,<br>Chisago City, Minnesota 55013<br><br>SANNA BUCKBEE<br>P.O. Box 2130<br>Adair, Oklahoma 74330<br><br>BUSTER MCLAURY,<br>Box 105<br>Paducah, Texas 79248,<br><br>   Defendants | Case No. 04-1154 MJD/JGL |

*ORAL ARGUMENT REQUESTED*

**NOTICE OF MOTION AND MOTION
FOR DEFAULT JUDGMENT WITH WITNESSES**

  **PLEASE TAKE NOTICE THAT** at a time and date to be set by the court, before the Honorable Michael Davis, United States District Court Judge, at the Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, plaintiff Deon Bradley will move for a Default Judgment, pursuant to Fed. R. Civ. Pr. 55, against defendant Buster McClaury. Said motion shall be based upon the accompanying Affidavit of William L. Norine, the Affidavit of Deon Bradley, all the files, pleadings, and records herein, and will be further supported by testimony in open court.

               ***NORINE LAW FIRM***.

Date: _____  By_____
               William L. Norine, No. 1020681
               P.O. Box 337
               116 East Madison Avenue
               Grantsburg, Wisconsin 54840
               715-463-5955