UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Deon Bradley, | Civ. No. 04-1154 MJD/JGL |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BUSTER MCLAURY |
| Bruce Dresel and Sandy Dresel, husband and wife; Sanna Buckbee; and Buster McLaury, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that this action, and all claims asserted herein, may be fully and finally dismissed with prejudice as to Defendant Buster McLaury, and without any further additional costs to any of the parties.

IT IS FURTHER AGREED that any party may have judgment of dismissal entered without notice to any other party.

Date: December 11, 2006

OPPENHEIMER WOLFF & DONNELLY LLP

By _____
Mark S. Olson                    #82120

Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
E-Mail: *molson@oppenheimer.com*

**ATTORNEYS FOR DEFENDANT BUSTER MCLAURY**

Date: December 11, 2006

**NORINE LAW FIRM**

By _____
William L. Norine                                    #1020681

P. O. Box 337
116 East Madison Avenue
Grantsburg, Wisconsin 54840
Telephone: (715) 463-5955

**ATTORNEYS FOR PLAINTIFF**