AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Deon Bradley,

V.

Bruce Dresel and Sandy Dresel, husband and wife;
Sanna Buckbee, and Buster McLaury,

**JUDGMENT IN A CIVIL CASE**

Case Number: 04-1154 MJD/JGL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Based upon the Stipulation of Dismissal with prejudice signed by counsel herein, said action against Defendant Buster McLaury is hereby dismissed with prejudice, and without any further or additional costs to any of the parties.

| December 13, 2006 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Rena L. Riemer |
| (By) | Rena Lexvold Riemer,  Deputy Clerk |

Form Modified: 09/16/04